■ In the Matter of G. AND E. CHILDREN, Alleged to be Abused. DIOGENES E., Appellant; COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK, Respondent, et al., Respondent.—Fact-finding and dispositional orders, Family Court, New York County (Sheldon Rand, J.), dated March 13, 1990 and October 9, 1990, respectively, which found that respondent-appellant had sexually abused his daughter and had neglected both his daughter and his step-son, released the subject children to the respondent mother, under the supervision of the Child Welfare Administration, and directed respondent-appellant to attend sexual abuse counseling, unanimously affirmed, without costs.

The daughter's out-of-court statements that she had been sexually abused by her father have ample corroboration in the record as a whole, including the testimony of the responding police officer, the independent statements of the step-son that the girl had been abused (see, *Matter of Nicole V.,* 71 NY2d 112, 124), and the testimony of the counseling psychologist that the daughter was exhibiting the classic symptoms of child abuse syndrome (see, *supra,* at 120-121).

We have considered appellant's other arguments and find them to be without merit. Concur—Sullivan, J. P., Rosenberger, Ross, Smith and Rubin, JJ.